**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00965-CV

**STATE OF TEXAS AND CARLOS CASCOS, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE, Appellants**

**V.**

**LAWRENCE EDWARD MEYERS AND MYRTIS EVANS, Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-09939**

## ORDER

We **GRANT** appellees' November 24, 2015 motion to extend time to file brief and

**ORDER** the brief be filed no later than January 4, 2016.

/s/    CRAIG STODDART
        JUSTICE